tiorari to the Supreme Court of Missouri denied. *Mr. John T. Barker* for petitioner. *Messrs. Roy McKittrick,* Attorney General of Missouri, *Covell R. Hewitt, Harry H. Kay,* Assistant Attorneys General, and *Charles L. Henson* for respondent.

No. 647. MONSEN *v.* UNITED STATES. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Jennings B. Monsen, pro se.*

No. 742. MORGAN *v.* UNITED STATES. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. C. L. Dawson* for petitioner.

No. 754. OHIO EX REL. SMITH *v.* YOUNG, JUDGE, ET AL. March 17, 1941. Petition for writ of certiorari to the Supreme Court of Ohio, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Paul D. Smith* and *Thomas M. Sutherland* for petitioner. *Mr. Howard F. Guthery* for respondents.

No. 731. MORGAN *v.* TENNESSEE VALLEY AUTHORITY ET AL. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. MR. JUSTICE FRANKFURTER took no part in the consideration and decision of this application. *Mr. Edwin H. Cassels* for petitioner. *Solicitor General Bid-*

702

dle, *Assistant Attorney General Shea*, and *Mr. William C. Fitts, Jr.* for respondents.

No. 757. CRAB ORCHARD IMPROVEMENT CO. *v.* CHESAPEAKE & OHIO RAILWAY CO. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. MR. JUSTICE REED took no part in the consideration and decision of this application. *Mr. W. A. Thornhill* for petitioner.

No. 762. McGLOON *v.* UNITED STATES. March 17, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. MR. JUSTICE DOUGLAS and MR. JUSTICE MURPHY took no part in the consideration and decision of this application. *Mr. Fred A. Ironside, Jr.* for petitioner. *Solicitor General Biddle, Assistant Attorney General Berge,* and *Messrs. James P. O'Brien, Arthur Breuer, W. Marvin Smith,* and *Chester T. Lane* for the United States.

No. 648. DOMENECH, TREASURER, *v.* SAN JUAN TRADING CO., INC.; and

No. 679. SAN JUAN TRADING CO., INC. *v.* DOMENECH, TREASURER OF PUERTO RICO. March 17, 1941. Petitions for writs of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. William Cattron Rigby, George A. Malcolm,* and *Nathan R. Margold* for petitioner in No. 648 and respondent in No. 679. *Mr. L. E. Dubon* for respondent in No. 648 and petitioner in No. 679.